In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Respondents, for a Mandamus Order against EDWARD P. BURWELL, Superintendent of Bureau of Buildings, Borough of Queens, City of New York, Appellant.— Order granting motion to strike out return and for a peremptory mandamus order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The return is sufficient in law to raise the issue of fact which this court heretofore directed should be resolved under an alternative mandamus order.▮ Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of the Transfer Tax upon the Estate of MATILDA SUSSMAN, Deceased. CHARLES H. GEORGE and SAMUEL APFELBAUM, as Executors, etc., of MATILDA SUSSMAN, Appellants; STATE TAX COMMISSION, Respondent.— The appeal is dismissed. (*Matter of Astor*, 137 App. Div. 922; *Matter of Vietor*, 160 id. 32.) Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

AGNES F. MURRAY, Appellant, v. PARK LAUNDRY COMPANY OF LONG ISLAND, INC., and Others, Respondents.— Order, as resettled, denying plaintiff's motion for a temporary receiver, affirmed, with ten dollars costs and disbursements. The issues are sharply drawn, and we are of opinion that the learned Special Term, in denying plaintiff's motion for a temporary receiver at this stage of the proceeding, exercised reasonable discretion, with which we should not interfere. In view of the fact that the parties consent, the payments by Park Laundry Company of Long Island, Inc., to United Laundries Corporation will be discontinued. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR GLASSBERG, Appellant.— The decision of this court handed down on May 5, 1930,▮ is hereby amended to read as follows: Judgment of conviction of the Court of Special Sessions, borough of Queens, reversed upon the law and the facts, information dismissed and bail exonerated. Defendant's guilt was not established by the evidence. Rich, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents, being of opinion that the sign on the window and the other proof in the case clearly indicate that defendant was exposing meat for sale and falsely representing it to be kosher.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES P. COMERFORD, Relator, for a Certiorari Order against GROVER A. WHALEN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed, and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.